**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JAMES JONES, | : | No. 327 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| SUPERINTENDENT LINK, PROPERTY | : | |
| ROOM SARGENT CURRAN, | : | |
| CORRECTIONS OFFICER SHUETZ, | : | |
| CHIEF GRIEVANCE OFFICER VARNER, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.